PROB 12C
(7/93)

Report Date: December 18, 2015

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Even Charles McGee             Case Number: 0980 2:12CR02048-FVS-1

Address of Offender:                              Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 6, 2012

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1)

Original Sentence:        Prison 46 months; TSR - 36 months           Type of Supervision: Supervised Release

Asst. U.S. Attorney:      Thomas J. Hanlon           Date Supervision Commenced: November 19, 2015

Defense Attorney:         Alison Klare Guernsey      Date Supervision Expires: November 18, 2018

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. McGee failed to report to the probation office as directed to observe a STEP session on December 15, 2015.

On December 8, 2015, this officer met with Mr. McGee at his residence. He advised he had given thought to participate in the Sobriety Treatment and Education Program (STEP) and believed he would greatly benefit from the program. On this date, Mr. McGee agreed to observe a STEP session on December 15, 2015. However, he failed to report as directed.

2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. McGee has failed to obtain a drug and alcohol evaluation at Merit Resource Services as directed as of December 16, 2015.

Prob12C
**Re: McGee, Even Charles**
**December 18, 2015**
**Page 2**

    3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. McGee tested positive for amphetamines on December 3, 2015.

    On December 3, 2015, Mr. McGee was directed to submit to a random drug test. Mr. McGee was confronted regarding his illegal drug use to which he denied using any illegal substances. The specimen was sent to Alere Toxicology Services for confirmation. The lab confirmed a positive test result for the presence of amphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/18/2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

December 21, 2015

Date