PROB 12C
(7/93)

Report Date: January 8, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Even Charles McGee, Jr.    Case Number: 0980 2:12CR02048-SMJ-1

Address of Offender:                                Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2012

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1)

Original Sentence:    Prison - 46 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon          Date Supervision Commenced: November 19, 2015

Defense Attorney:    Alison Klare Guernsey        Date Supervision Expires: November 18, 2018

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 18, 2015.

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. McGee tested positive for amphetamine on January 4, 2016, and presumptive positive for amphetamine on January 7, 2016.

On January 4, 2016, Mr. McGee submitted to a urinalysis test which returned presumptive positive for amphetamine. He was confronted regarding the positive test, but denied illegal drug use. He also signed an admission/denial form denying the use of the substance. Alere Toxicology Service confirmed the presence of amphetamine in the specimen. On January 7, 2016, Mr. McGee once again submitted a urinalysis test which returned presumptive positive for amphetamine. The specimen has been sent to Alere Toxicology Services for confirmation.

Prob12C
Re: McGee, Jr., Even Charles
January 8, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 8, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

01/11/2016
Date