PROB 12C
(7/93)

Report Date: March 18, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2016

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Even Charles McGee, Jr. | Case Number: 0980 2:12CR02048-SMJ-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1) | | |
| Original Sentence: | Prison 46 months;<br>TSR  36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 19, 2015 | |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: November 18, 2018 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. McGee tested positive for methamphetamine on March 16, 2016.<br><br>On March 16, 2016, Mr. McGee reported to Merit Resource Services (Merit) and provided a urine sample that returned positive for the presence of methamphetamine. Mr. McGee also signed an admission/denial form admitting to the use of the substance. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. McGee failed to attend his drug and alcohol intake appointment at Merit on March 18, 2016. |

Prob12C
**Re: McGee, Jr., Even Charles**
**March 18, 2016**
**Page 2**

According to the drug and alcohol discharge summary from James Oldham Treatment Center, on March 8, 2016, Mr. McGee signed the paperwork acknowledging he had an intake appointment at Merit on March 18, 2016. Mr. McGee failed to attend his scheduled appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 18, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

03/21/2016

Date