PROB 12C  
(6/16)

Report Date: October 27, 2017

# United States District Court

for the

## Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Even Charles McGee, Jr.        Case Number: 0980 2:12CR02048-SMJ-1

Address of Offender: Kootenai County Jail

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1) | |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(3/16/2016) | Prison - 27 days<br>TSR - 32 months | |
| Revocation Sentence:<br>(11/23/2016) | Prison - 13 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 25, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 24, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/17/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 25, 2017, supervision commenced in this matter. That same day, a supervision intake was completed. Mr. McGee signed a copy of his judgement, acknowledging an understanding of the conditions imposed by the Court, to include: standard condition number 1, as noted above. |

Prob12C
Re: McGee Jr., Even Charles
October 27, 2017
Page 2

Mr. McGee violated the terms of his supervised release by being charged with Trafficking Heroin, a felony charge, in violation of Idaho Code 37-2732B(a)(6), Possession of a Controlled Substance, Methamphetamine, a felony charge, in violation of Idaho Code 37-2732(c)1, Possession of Paraphernalia, a misdemeanor charge, in violation of Idaho Code 37-2734A(1), and Being Under the Influence in a Public or Private Place, a misdemeanor charge, in violation of Idaho Code 37-2732C(a).

On October 19, 2017, Kootenai County Sheriff's Office contacted the undersigned officer to report that Mr. McGee was contacted in Post Falls, Idaho, while walking into traffic causing vehicles to hit their brakes to prevent hitting him. Mr. McGee was subsequently arrested on his U.S. Marshals Service warrant.

Upon search of his person, in his pocket, law enforcement located a baggie containing a crystal substance and a baggie containing a white powder substance, which both later field tested positive as methamphetamine, a small baggie containing a black ball, four small individually packed pieces of black tar substance, and a large brown ball, all of which tested positive for heroin.

While at the Kootenai County Jail, Mr. McGee admitted to using drugs. Law enforcement administered field sobriety tests, all of which Mr. McGee failed. Mr. McGee had a hard time keeping his eyes open and while in a seated position his head would slump over and he appeared to be sleeping.

The brown heroin weighed 51 grams, the black heroin weighed 6 grams and the four individually packaged heroin pieces weighed less than a gram each. The crystal methamphetamine weighed 37 grams. The powdered methamphetamine weighed less than a gram.

| | |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and as least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On August 25, 2017, supervision commenced in this matter. That same day, a supervision intake was completed. Mr. McGee signed a copy of his judgement, acknowledging an understanding of the conditions imposed by the Court, to include: standard condition number 2, as noted above.

Mr. McGee violated the terms of his supervised release by being charged with Trafficking Heroin, a felony charge, in violation of Idaho Code 37-2732B(a)(6) and, Possession of a Controlled Substance, Methamphetamine, a felony charge, in violation of Idaho Code 37-2732(c)1.

On October 19, 2017, Kootenai County Sheriff's Office contacted the undersigned officer to report Mr. McGee was contacted in Post Falls, Idaho, while walking into traffic causing vehicles to hit their brakes to prevent hitting him. Mr. McGee was subsequently arrested on his U.S. Marshals Service warrant.

Prob12C
Re: McGee Jr., Even Charles
October 27, 2017
Page 3

Upon search of his person, in his pocket, law enforcement located a baggie containing a crystal substance and a baggie containing a white powder substance, which both later field tested positive as methamphetamine, a small baggie containing a black ball, four small individually packed pieces of black tar substance, and a large brown ball, all of which tested positive for heroin.

The brown heroin weighed 51 grams, the black heroin weighed 6 grams and the four individually packaged heroin pieces weighed less than a gram each. The crystal methamphetamine weighed 37 grams. The powdered methamphetamine weighed less than a gram.

6      **Standard Condition # 10**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: On August 25, 2017, supervision commenced in this matter. That same day, a supervision intake was completed. Mr. McGee signed a copy of his judgement, acknowledging an understanding of the conditions imposed by the Court, to include: standard condition number 10, as noted above.

Mr. McGee violated the terms of his supervised release by leaving the Eastern District of Washington on or about October 19, 2017, without advance permission from the U.S. probation officer.

On October 19, 2017, Kootenai County Sheriff's Office contacted the undersigned officer to report that Mr. McGee was contacted in Post Falls, Idaho, while walking into traffic causing vehicles to hit their brakes to prevent hitting him in Past Falls, Idaho. Mr. McGee was subsequently arrested on his U.S. Marshals Service warrant.

7      **Standard Condition # 15**: The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: On August 25, 2017, supervision commenced in this matter. That same day, a supervision intake was completed. Mr. McGee signed a copy of his judgement, acknowledging an understanding of the conditions imposed by the Court, to include: standard condition number 15, as noted above.

Mr. McGee violated the terms of his supervised release by associating with an individual engaged in criminal activity on or about October 19, 2017.

On October 19, 2017, Kootenai County Sheriff's Office contacted the undersigned to report that Mr. McGee was contacted in Post Falls, Idaho, while walking into traffic causing vehicles to hit their brakes to prevent hitting him. He was with a female, Cassy Jacob. Ms. Jacob was in possession of a glass pipe that appeared to contain marijuana residue. Ms. Jacob advised law enforcement that the glass pipe is her marijuana pipe. In addition, Ms. Jacob appeared to be under the influence, as she had a hard time standing still, kept moving her hands around and appeared to have cotton mouth.

Prob12C
**Re: McGee Jr., Even Charles**
**October 27, 2017**
**Page 4**

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/17/2017.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 27, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/30/2017
Date